# OPINIONES PER CURIAM, ETC., DESDE MARZO 18 A MAYO 6, 1904.

No. 21. García v. Hidalgo.—Apelación procedente de la Corte de Distrito de Mayagüez en autos sobre *injunction*. Resuelto en marzo 18. 1904. Se dejó sin efecto el auto de *injunction* decretado por la corte de distrito por haberse declarado sin lugar la demanda con motivo de la cual se dictó el referido *injunction*. Abogado del apelante: *Sr. Texidor*.

No. 10. Ex parte Giménez.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en marzo 29, 1904. Se declaró no haber lugar a resolver el recurso. Abogado del apelante: *Sr. Martínez Quintero*.

No. 30. Ex parte Rodríguez.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en abril 11, 1904. Denegada la solicitud. Abogado del peticionario: *Sr. Ramos*.

No. 103. García v. Alonso.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en abril 15, 1904. Desistido a instancia de la parte apelante. Abogado del apelante: *Sr. Martínez Quintero*.

No. 31. Ex parte Padilla.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en abril 18, 1904. Denegada la solicitud. Abogado del peticionario: *Sr. Ramos*.(*)